IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: CORRINA CURIEL LONA             No. C08-03563  RMW
                                       NOTICE OF FILING OF
                                       BANKRUPTCY APPEAL AND
                                       ORDER SETTING STATUS
                                       CONFERENCE

RE: Bankruptcy Case No.: 03-53915-RLE(7)
    Adversary No.:
    Bap No.:
    Appellant Corrina Curiel Lona

The appeal has been assigned the following case number C08-03563 RMW before the Honorable Ronald M. Whyte.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing and issuance of a briefing schedule.

This matter is calendared for status conference on 12/12/2008 at 10:30 AM in Courtroom 6, Fourth Floor, San Jose.

This date will stand vacated upon the filing in this Court of the record on appeal, at which time a briefing schedule will issue.

Dated: July 28, 2008

                                       For the Court
                                       Richard W. Wieking, Clerk


                                       /s/ Diane Miyashiro
                                       By: Deputy Clerk

cc: USBC
    Counsel of Record