```
1   DIEMER, WHITMAN & CARDOSI, LLP
    KATHRYN S. DIEMER, #133977
2   JUDITH L. WHITMAN, #103385
    75 East Santa Clara Street, Suite 290
3   San Jose, California  95113
    Telephone:  (408) 971-6270
4   Facsimile: (408) 971-6271

5   ATTORNEYS FOR
    Corrina Curiel Lona
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | ) Case No. 08-03563 RMW |
|---|---|
| Corrina Curiel Lona, | ) |
| Appellant. | ) |

## SUBSTITUTION OF ATTORNEYS

CORRINA CURIEL LONA, the Debtor and Appellant in the above-referenced matter, hereby substitutes herself in pro per as her attorney of record in the place and stead of DIEMER, WHITMAN & CARDOSI, LLP

DATED:  August 1, 2008

_____
CORRINA CURIEL LONA

I CONSENT TO THE ABOVE SUBSTITUTION.

Dated: August 1, 2008        DIEMER, WHITMAN & CARDOSI, LLP

By: _____
Judith L. Whitman

1
SUBSTITUTION OF ATTORNEYS

1 | DIEMER, WHITMAN & CARDOSI, LLP
KATHRYN S. DIEMER, #133977
2 | JUDITH L. WHITMAN, #103385
75 East Santa Clara Street, Suite 290
3 | San Jose, California   95113
Telephone:  (408) 971-6270
4 | Facsimile: (408) 971-6271

5 | ATTORNEYS FOR
Corrina Curiel Lona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                          )     Case No.  08-03563 RMW
                                                )
Corrina Curiel Lona,                            )
                                                )
                                                )
            Debtor.                             )
_____)


**CERTIFICATE OF SERVICE**

| | |
|---|---|
| DIEMER, WHITMAN & CARDOSI, LLP<br>KATHRYN S. DIEMER, #133977<br>JUDITH L. WHITMAN, #103385<br>75 East Santa Clara Street, Suite 290<br>San Jose, CA 95113<br>TEL. (408) 971-6270<br>FAX. (408)971-6271 | Case Name:  Corrina Curiel Lona<br><br>Case No.:  08-03563<br><br><br>Hearing: |

## CERTIFICATE OF SERVICE

I declare that I am employed in the County of Santa Clara, California; I am over the age of 18 years, and not a party to the within entitled cause; my address is 75 East Santa Clara Street, Suite 290, San Jose, California 95113.

On  August 4, 2008 , I served a copy of:

**SUBSTITUTION OF ATTORNEYS**

BY MAIL, OR AS OTHERWISE NOTED, by placing a true copy thereof enclosed in a sealed envelope addressed to:

Stevan C. Adelman, Esq.
MILLER, MORTON, CAILLAT AND NEVIS
25 Metro Drive, 7th Floor
San Jose, CA 95110-1339

Charles P. Maher, Esq.
LUCE, FORWARD, HAMILTON & SCRIPPS, LLP
121 Spear Street, Suite 200
San Francisco, CA 94105

I am familiar with the firm's practice for collecting and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Jose, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury, under the laws of California, that the foregoing is true and correct.

Executed on  August 4, 2008 , at San Jose, California.

  /s/ Judith L. Whitman
Judith L. Whitman