E-FILED on: 1/21/2009

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: CORRINA CURIEL LONA,<br><br>        Debtor.<br>_____<br><br>CORRINA CURIEL LONA,<br><br>        Appellant,<br><br>v.<br><br>JOSE ABREU dba INTERTEL COMMUNICATIONS,<br><br>        Appellee. | No. C-08-03563 RMW<br><br>**[Re Docket Nos. 8, 14]**<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE APPEAL BRIEF |

Debtor Corrina Curiel Lona appeals from a bankruptcy court order after trial overruling Lona's objection to appellee Jose Abreu dba Intertel Communications claim against her in the amount of $439,000. Shortly after beginning the appellate process, Lona decided to represent herself. *See* Docket No. 3 (Aug. 4, 2008). This change in counsel may have led to Lona's failure to receive the clerk's notice setting a briefing schedule for the appeal.[1] The briefing schedule called for

---

[1] The court's records, however, suggest that a copy of the briefing schedule was mailed to Lona's present address. *See* Docket No. 7 Service Receipt (Oct. 7, 2008).

1  Lona's opening brief to be due on November 6, 2008.  Docket No. 7 (Oct. 7, 2008).  It also set
2  deadlines in November and December for Abreu's opposition brief and any reply briefing.  *See id.*
3        Lona failed to file her opening brief on appeal.  On December 11, Abreu moved to dismiss
4  the appeal for failure to prosecute.  Upon receipt of Abreu's motion to dismiss, Lona claims that she
5  became aware of the briefing schedule.  Thus, on December 31, 2008, Lona filed a motion for an
6  extension of time to file her opening brief, which the court also construes as an opposition to the
7  motion to dismiss.  The court has reviewed the papers and determined that this matter can be
8  determined without oral argument.  *See* Civil L.R. 7-1(b).
9        The failure to comply with the court's briefing order may justify dismissal of an appeal.
10  Bankr. R. 8001; *In re Scheri*, 51 F.3d 71, 74 (7th Cir. 1995).  Nonetheless, the case law is clear that
11  dismissal – the ultimate sanction – is not favored as a first corrective measure.  *See, e.g.,*
12  *English-Speaking Union v. Johnson*, 353 F.3d 1013, 1022-23 (D.C. Cir. 2004) (suggesting
13  alternative sanctions like fines or paying the appellee's attorney's fees).  Indeed, as a general matter,
14  dismissal tends to only be appropriate upon a showing of the appellant's bad faith or prejudice to the
15  appellee.  *See id.*  Abreu has made no showing of prejudice in support of his motion to dismiss, and
16  any evidence of Lona's bad faith has not been developed.
17        The court therefore grants Lona's motion for an extension of time.  Since many months have
18  passed since Lona designated the record and identified the issues she seeks to appeal, the court
19  extends the time for her to file her appellate brief to February 6, 2009.  An opposition brief (and any
20  cross-appeal) from Abreu will be due on February 27, 2009.  Any reply brief (and opposition to any
21  cross-appeal) will be due on March 11.  Any reply to the opposition to any cross-appeal will be due
22  on March 25.  If the court deems a hearing necessary, it will schedule one.  <u>A failure by Lona to file
23  her appellate brief by February 6 will result in the court issuing an order to show cause why the
24  appeal should not be dismissed for want of prosecution</u>.

26  DATED:     1/21/2009

                                                      RONALD M. WHYTE
27                                                     United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Appellee:**

Stevan Chazen Adelman    sca@millermorton.com

**Office of the U.S. Trustee**

Nanette Dumas    Nanette.Dumas@USDOJ.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Notice of this document has been mailed to:**

**Appellant:**

Corrina Curiel Lona
360 Kiely Blvd.
Suite 100
San Jose, CA 95129

**Trustee, John W. Richardson:**

Charles P. Maher
Luce, Forward, Hamilton & Scripps, LLP
Rincon Center II
121 Spear Street
Suite 200
San Francisco, CA 94105

**USBC Manager – San Jose**

USBC Manager-San Jose
US Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113

**Honorable Roger L. Efremsky**

Roger L. Efremsky
U.S. Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113

**Dated:**    1/21/2009                                        TSF
                                                    **Chambers of Judge Whyte**

ORDER GRANTING EXTENSION OF TIME TO FILE APPEAL BRIEF
No. C-08-03563 RMW
TSF                                                        3