1

2

3
E-filed on:    2/13/2009

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12

13    In re: CORRINA CURIEL LONA,           No. C-08-03563 RMW

14              Debtor.                      ORDER DISMISSING APPEAL

                                            **[Re Docket Nos. 16, 17]**
15    _____

      CORRINA CURIEL LONA,
16
                   Appellant,
17
      v.
18
      JOSE ABREU dba INTERTEL
19    COMMUNICATIONS,

20                 Appellee.

21          On January 21, 2009, the court granted debtor Corrina Curiel Lona's motion for an extension

22    of time to file her opening appellate brief.  The court set a deadline of February 6, 2009.  *See* Docket

23    No. 16.  In that order, the court cautioned: "A failure by Lona to file her appellate brief by February

24    6 will result in the court issuing an order to show cause why the appeal should not be dismissed for

25    want of prosecution."  *Id.* at 2 (emphasis in original).

26          Lona did not file a brief by February 6.  On February 10, she filed a "withdrawal of appeal"

27    "due to the burdens of representing oneself and the learning curve involved in doing so."  The court

28

ORDER DISMISSING APPEAL
No. C-08-03563 RMW
TSF

1  interprets this document as a motion to voluntarily dismiss the appeal.  *See* Bankr. Rule 8001(c)(2).

2  As the appellee has already filed a motion to dismiss the appeal for lack of prosecution, the court

3  grants Lona's motion to dismiss the appeal.  The clerk shall close the file.

4

5  DATED:      2/12/2009

   *Ronald M Whyte*

6  RONALD M. WHYTE
   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

ORDER DISMISSING APPEAL
No. C-08-03563 RMW
TSF                                   2

**United States District Court**
For the Northern District of California

1

**Notice of this document has been electronically sent to:**

2

**Counsel for Appellee:**

3

Stevan Chazen Adelman        sca@millermorton.com

4

**Office of the U.S. Trustee**

5

Nanette Dumas                Nanette.Dumas@USDOJ.gov

6

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

7

8

**Notice of this document has been mailed to:**

9

**Appellant:**

10

Corrina Curiel Lona
360 Kiely Blvd.
Suite 100
San Jose, CA 95129

11

12

**Trustee, John W. Richardson:**

13

Charles P. Maher
Luce, Forward, Hamilton & Scripps, LLP
Rincon Center II
121 Spear Street
Suite 200
San Francisco, CA 94105

14

15

16

**USBC Manager – San Jose**

17

USBC Manager-San Jose
US Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113

18

19

20

**Honorable Roger L. Efremsky**

21

Roger L. Efremsky
U.S. Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113

22

23

24

25

26

**Dated:**     2/13/2009            TSF
                                 **Chambers of Judge Whyte**

27

28

ORDER DISMISSING APPEAL
No. C-08-03563 RMW
TSF                                3